**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN   DISTRICT OF NEW YORK, WHITE PLAINS DIVISION

Case number *(if known)* _____ Chapter   11

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | DS Fordham Landing 2 LLC |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 84-4031556 |

**4.  Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 23 Hollow Ridge Road Mount Kisco, NY 10549 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Westchester | **Location of principal assets, if different from principal place of business** |
| County | 2371 Exterior Street Bronx, NY 10468 |
| | Number, Street, City, State & ZIP Code |

**5.  Debtor's website (URL)** _____

**6.  Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor    DS Fordham Landing 2 LLC _____    Case number *(if known)* _____
           Name

**7.   Describe debtor's business**    A. *Check one:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Railroad (as defined in 11 U.S.C. § 101(44))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐   None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐   Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐   Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐   Chapter 7

☐   Chapter 9

☒   Chapter 11. *Check **all** that apply:*

☐   Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐   The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐   A plan is being filed with this petition.

☐   Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐   The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐   The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐   Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    Fordham Landing Preferred Sponsor LLC _____    Relationship    Affiliate _____

District    Southern New York _____    When    3/16/26 _____    Case number, if known    26-22259

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 2

Debtor    DS Fordham Landing 2 LLC
Name                                                                          Case number (*if known*) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☒ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor   DS Fordham Landing 2 LLC                                          Case number (*if known*) _____
_____
         Name

█████   **Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
         imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**          The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**representative of debtor**
                           I have been authorized to file this petition on behalf of the debtor.

                           I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                           I declare under penalty of perjury that the foregoing is true and correct.

                           Executed on     March 16, 2026
                                           MM / DD / YYYY

                    **X** /s/   Gary Segal                                    Gary Segal
                           Signature of authorized representative of debtor   Printed name

                           Title   Authorized Signatory


**18. Signature of attorney**   **X** /s/ Kevin Nash                          Date   March 16, 2026
                                Signature of attorney for debtor                     MM / DD / YYYY

                                Kevin Nash
                                Printed name

                                Goldberg Weprin Finkel Goldstein LLP
                                Firm name

                                125 Park Ave
                                New York, NY 10017-5690
                                Number, Street, City, State & ZIP Code

                                Contact phone _____   Email address   knash@gwfglaw.com

                                1927656 NY
                                Bar number and State

**MINUTES AND COMPANY RESOLUTIONS
RELATING TO THE COMMENCEMENT OF CHAPTER 11 CASES
ON BEHALF OF FORDHAM LANDING NORTH PLEDGORS
AND COMMENCEMENT OF CHAPTER 11 CASES FOR FEE OWNERS**

**WHEREAS**, a series of meetings of the Management Committee of Fordham Landing Preferred Sponsor LLC, a New York limited liability company (the "Company") was previously called, at which time one of the two representatives of the Management Committee of the Company appeared to consider the re-filing of Chapter 11 petitions on behalf of the Company and Fordham Landing Preferred LLC, a Delaware limited liability company ("FLP" and together with the Company, collectively, the "Pledgors"), plus Chapter 11 petitions on behalf of the Fee Owners, DS Fordham Landing 2 LLC, which owns the real property located at 2371 Exterior Street, Bronx, New York, DS Fordham Landing 4 LLC, which owns the real property located at 2391 $ 2401 Exterior Street, Bronx, New York, and MDBZJGGS LLC, which owns that certain piece of real property located at and commonly known as 301 West Fordham Road, Bronx, New York, commonly referred to as Fordham Landing North (collectively, the "Properties"); and

**WHEREAS**, the Secured Party holds a pledge of the Pledgors Interests (the "Pledged Interests") to secure a personal guaranty of a mezzanine loan; and

**WHEREAS**, Secured Party has re-noticed the Pledgors with regard to a non-judicial Article 9 UCC Sale of the Pledged Interests scheduled to take place on March 18, 2026 (the "UCC Sale"); and

**WHEREAS**, pursuant to the terms of the Company's Limited Lability Company Agreement dated as of August 8, 2022 (as amended, the "Agreement"), the Management Committee needs to approve certain major actions of the Pledgors, including without limitation, the commencement of a bankruptcy case by the Pledgors, with each Member subject to a duty of good faith and fair dealing; and

**WHEREAS**, the Namdar Member has unsuccessfully challenged his expulsion as a member of the Management Committee;

**NOW, THEREFORE IT IS HEREBY RESOLVED,** that it is in the best interests of the Pledgors and Fee Owners, their creditors and equity holders that voluntary petitions be filed seeking relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York (the "Petitions"), and the filing of such Petitions be, and hereby is, authorized in all respects; and it is

**FURTHER RESOLVED,** that Gary Segal remains the Managing Member of all of the Debtors; and it is

**FURTHER RESOLVED,** that Gary Segal is authorized (a) to execute the Chapter 11 petitions and all other accompanying documents on behalf of the Debtors, and cause the same to be filed with the Bankruptcy Court; and (b) to negotiate, execute, verify, and file, or cause to be executed, verified, and filed, all necessary documents, including, without limitation, all petitions, affidavits, schedules, statements, lists, motions, applications, pleadings, and other papers or documents necessary or desirable to facilitate a refinancing or joint venture for the development of the Properties in the Chapter 11 case pursuant to a plan of reorganization and disclosure statement to be filed, and to take any and all action he deems necessary and proper in connection with the bankruptcy case; and it is

**FURTHER RESOLVED,** that the Debtors are authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as counsel in the Chapter 11 cases under a general retainer.

1

IN **WITNESS WHEREOF,** the undersigned Management Committee Representative hereby consents to and approves and adopts these resolutions as of the date set above and directs that this Written Consent be filed with the minutes and official records of each Debtor.

Fordham Landing Preferred Sponsor LLC, Management Committee

By: _____
Name: Gary Segal
Title: Sole Management Committee Representative

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:                                                    Chapter 11

Fordham Landing Preferred Sponsor LLC,                    Case No.

                        Debtor.

-------------------------------------------------------------x

In re:                                                    Chapter 11

Fordham Landing Preferred LLC,                            Case No.

                        Debtor.

-------------------------------------------------------------x

In re:                                                    Chapter 11

DS Fordham Landing 2 LLC,                                 Case No.

                        Debtor.

-------------------------------------------------------------x

In re:                                                    Chapter 11

DS Fordham Landing 4 LLC                                  Case No.

                        Debtor.

-------------------------------------------------------------x

In re:                                                    Chapter 11

MDBZJGGS LLC,                                             Case No.

                        Debtor.

-------------------------------------------------------------x

## CONSOLIDATED DECLARATION
## PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

Gary Segal declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1.    I contend that I remain the managing member of the above-captioned entities, Fordham Landing Preferred Sponsor LLC ("Fordham Sponsor"), Fordham Landing Preferred LLC ("FLP"), DS Fordham Landing 2 LLC ("DS Fordham 2"), DS Fordham Landing 4 LLC

1

("DS Fordham 4") and MDBZJGGS LLC ("MDBZJGGS"), (collectively, the "Debtors"), despite improper efforts to unseat me. As such, I am personally familiar with the facts and circumstances set forth below.

2.      I respectfully submit this Consolidated Declaration on behalf of the respective Debtors pursuant to Local Rule 1007-2 to apprise the Court and creditors of the background information and circumstances relating to the re-commencement of these bankruptcy cases on behalf of the equity holders, in conjunction with the commencement of bankruptcy cases on behalf of the respective Fordham Landing North fee owners. This Declaration also addresses recent events concerning the expulsion of Igal Namdar from the Management Committee. Finally, this Declaration reviews the Debtors' exit strategy to emerge from Chapter 11 and thereby preserve the vast potential of the Debtors' significant development efforts concerning the so-called "Fordham Landing North" affordable housing project.

### The Organizational Structure of the Debtors

3.      Fordham Sponsor and FLP together own (a) 100% of the membership interests in DS Fordham 2, which owns development property located at 2371 Exterior Street, Bronx, New York, (b) 100% of the membership interests in DS Fordham 4, which owns development property located at 2391 and 2401 Exterior Street, Bronx, New York, and (c) 100% of the membership interests in MDBZJGGS LLC, which owns a development property located at Landing Road a/k/a 2444 Exterior Street, Bronx, New York.

4.      Together, the three properties, comprising over 14 acres, are commonly known as Fordham Landing North, which is being developed to provide the largest affordable housing project in the City of New York over the last several decades. The Debtors have spent the better part of the last several years in obtaining DEC approval and are currently pursuing various

2

rezoning approvals to expend the project to allow construction of approximately 4,000 affordable housing units.

### The Debt Structure

5. The Project is subject to various mortgage and mezzanine loans. Fordham Landing North is encumbered by a senior mortgage loan in the principal sum of $55 million, plus accrued interest. The loan was originally issued by Signature Bank, and was later acquired by Rialto/Blackstone after Signature Bank failed, and then re-sold to the current note holder, Fordham North Preferred Investor LLC (the "Fordham North Lender"). The Fordham North Lender also holds a $16 million mezzanine loan purchased from Columbia Pacific, which is being foreclosed through a re-noticed pending UCC Article 9 foreclosure sale based upon a pledge of equity interests in Fordham Sponsor and FLP.

6. These loans were acquired by the Fordham North Lender under controversial circumstances. It readily appears that Igal Namdar ("Namdar"), who is a co-member, was surreptitiously involved in the assignment of the senior mortgage and mezzanine debts to the Fordham North Lender. Mr. Namdar's conduct was designed to benefit his personal interests at the expense of the Debtors and his other partners. The Debtors will commence a full investigation under Bankruptcy Rule 2004 to flesh out all of the operative facts and events surrounding the assignments.

7. In the interim, it readily appears that Mr. Namdar is guilty of brazen acts of treachery which undermine the enforceability of the secured and mezzanine debt and provide a predicate for potential equitable subordination of Fordham North Lender's claims, as well as any claims of Namdar and his affiliates.

8. The Debtors hereby reserves the right to challenge the lien, claims and standing of the Fordham North Lender with respect to the alleged perfection of its liens and the proper recording of assignment documents in compliance with the requirements of the UCC. Among other things, there are questions concerning (i) treatment of the note as a negotiable instruction; (ii) the Fordham North Lender's actual possession of the mortgage notes with all required affixed allonges with respect thereto to the extent the same qualify as negotiable instruments; and (iii) actual possession of membership or stock certificates required to perfect pledge interests so as to comply with the requirements of Articles 8 and 9 of the UCC.

**Authorization for the Recommencement of the Chapter 11 Filings**

9. The re-commencement of the bankruptcy cases (as permitted under prior Order dated February 11, 2026) now includes the Chapter 11 filing by the actual Fordham Landing North fee owners, DS Fordham 2, DS Fordham Landing 4 LLC, and MDBZJGGS LLC (collectively, the "Fordham Landing North Fee Owners"). With the inclusion of the Fordham Landing North Fee Owners into bankruptcy, the Court has jurisdiction over the entire Fordham Landing North project and can consider the Debtors' efforts to pursue the redevelopment as well as potential refinancing of existing debt and a challenge existing mortgage debt held by the Fordham North Lender.

10. The Debtors believe we have dealt with and can continue to adequately address the authority challenges raised in the first set of bankruptcies, which we anticipate will be renewed. The central challenge involves Mr. Namdar's alleged right to veto any Chapter 11 filing based upon his status as a member of the management committee. Under the governing Operating Agreement of Fordham Sponsor, the commencement of Chapter 11 proceedings constitute a major decision and required unanimous consent of the Management Committee.

11.     Just prior to the dismissal of the first set of Chapter 11 cases relating to Fordham Sponsor and FLP, the Debtors expelled Mr. Namdar from the Management Committee due to his flagrant conflicts of interest and prior duplicitous conduct relating to the undisclosed involvement in the acquisition of the mortgage and mezzanine debt.  Mr. Namdar responded by commencing an action in the Supreme Court, New York County (Index No. 650873/2026), challenging his expulsion and moved for a preliminary injunction.  Last week, the State Court denied Mr. Namdar's request for a preliminary injunction, vacated a TRO and found that the Debtors enjoyed a substantial likelihood of success on the merits regarding the enforceability of Mr. Namdar's expulsion.  With the denial of the preliminary injunction and the lifting of the TRO, there is no legal impediment to enforcing Mr. Namdar's expulsion and, thus, Namdar's consent is unnecessary.  I, as the sole remaining member of the Management Committee, have authorized the re-commencement of the Chapter 11 cases on behalf of Fordham Sponsor and FLP, plus the filings by the three Fordham North Fee Owners.

12.     The Fordham North Lender is also asserting alleged consent rights over the commencement of bankruptcy proceedings and has unilaterally taken action in the Delaware Chancery Court attempting to remove me as the Managing Member based upon alleged loan defaults.  The Debtors have always taken the position and believe that the evidence will confirm that Mr. Namdar acted unscrupulously in the acquisition of the mortgage and mezzanine debt and is the puppet master for the Cremac lending entity.

13.     At any rate for purposes of authority, the Fordham North Lender relies upon blocking provisions which are not enforceable in bankruptcy to prevent legal exercise of the Debtors' rights under the Bankruptcy Code.  The Fordham North Lender is simply a creditor of the Debtors and should not be permitted to dictate corporate governance.

**Exit Strategy**

14.    The Debtors are confident, due to the positive progress with the re-zoning process, that they will be able to promptly attract a new investor group and construction partner to undertake the large scale development.  In the years leading up to the commencement of the Chapter 11 cases, the Project underwent several changes and modifications, which limited the Debtors' financing options.  However, the Debtors' current business plan to build and develop thousands of affordable housing units is certainly consistent with the current political climate in the State and City, emphasizing the need for affordability.

**Local Rule 1007-2**

15.    Pursuant to Local Rule 1007-2(a)(2) and (3), no committees were formed prior to the filing of the Petitions.

16.    Pursuant to Local Rule 1007-2(a)(4), a consolidated list of the names and addresses of all creditors of the Debtors are being filed herewith.

17.    Pursuant to Local Rule 1007-2(a)(5), as set forth below, the Debtors' secured creditor is the Fordham North Lender which, as noted, holds a disputed first mortgage lien against the three Fordham North Fee Owners, and a disputed pledge of the membership interests of Fordham Sponsor and FLP.

18.    Pursuant to Local Rule 1007-2(a)(6), a full set of bankruptcy schedules and statements listing all assets and liabilities for each Debtor will be filed within fourteen days.

19.    Pursuant to Local Rule 1007-2(a)(7), a statement of the equity interest holders for each Debtor is filed herewith.

20.    Pursuant to Local Rule 1007-2(a)(8), no receiver or other custodian has been appointed with respect to any of the Debtors' respective properties.

6

21.     Pursuant to Local Rule 1007-2(a)(9), Fordham Sponsor and FLP are stock holding companies which own membership interests in the three Fordham North Fee Owners, as set forth above, while the Fordham North Fee Owners are the direct 100% fee simple owners of the underlying real property comprising the Fordham Landing North project.

22.     Pursuant to Local Rule 1007-2(a)(10), the Debtors' respective books and records are maintained by me.

23.     Pursuant to Local Rule 1007-2(a)(11), a consolidated schedule of pending lawsuits is attached.

24.     Pursuant to Local Rule 1007-2(a)(11), I am the managing member of the Debtors.

Dated: New York, NY
       March 16, 2026

_____
Gary Segal

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                                    Chapter 11

Fordham Landing Preferred Sponsor LLC,                    Case No.

                                    Debtor.

---------------------------------------------------------------x

In re:                                                    Chapter 11

Fordham Landing Preferred LLC,                            Case No.

                                    Debtor.

---------------------------------------------------------------x

In re:                                                    Chapter 11

DS Fordham Landing 2 LLC,                                 Case No.

                                    Debtor.

---------------------------------------------------------------x

In re:                                                    Chapter 11

DS Fordham Landing 4 LLC                                  Case No.

                                    Debtor.

---------------------------------------------------------------x

In re:                                                    Chapter 11

MDBZJGGS LLC,                                             Case No.

                                    Debtor.

---------------------------------------------------------------x

## CONSOLIDATED LIST OF PENDING LITIGATION

1.  Tyrone Blake Sr. v. MDBZJGGS LLC, Dynamic Star LLC et al.
    Supreme Court of the State of New York, Bronx County
    Index No. 809043/2023E
    Tort

    Attorney for the Plaintiff:
    Howard Schatz, Esq.
    Silbowitz, Garafola et al.
    55 Water Mill Lane, Suite 400
    Great Neck, NY 11021

2.      Fordham North Preferred Investor LLC v. Fordham Landing Preferred Sponsor LLC and
        Fordham Landing Preferred LLC
        Chancery Court, State of Delaware
        Case No. 2026-0346
        Enforcement of Management Right

        Attorney for the Plaintiff:
        c/o Michael Barrie, Esq.
        Benesch Friedlander Coplan & Aronoff LLP
        1155 Avenue of the Americas, 26th Floor
        New York, NY 10036

3.      Fordham North Preferred Investor LLC v. Fordham Landing Preferred Sponsor LLC and
        Fordham Landing Preferred LLC
        Non-judicial U.C.C. Article 9 foreclosure

        Attorney for the Plaintiff:
        c/o Michael Barrie, Esq.
        Benesch Friedlander Coplan & Aronoff LLP
        1155 Avenue of the Americas, 26th Floor
        New York, NY 10036

Dated:  New York, NY
        March 16, 2026

_____
Gary Segal, Authorized Signatory

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                          Chapter 11

DS Fordham Landing 2, LLC                          Case No.

                              Debtor.
-----------------------------------------------------------------x

### LOCAL RULE 1007-2 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1007-2(a)(7), DS Fordham Landing 2 LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated:  New York, New York
        March 16, 2026

By: _____
    Name: Gary Segal
    Authorized Signatory