BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP

Michael J. Barrie
Abbey Walsh
Leah Lopez
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone:  (646) 593-7050
Facsimile:  (646) 755-3397

*Counsel to Fordham Landing North Holdings LLC*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>DS FORDHAM LANDING 2 LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 26-22262 (SHL) |
| In re<br><br>DS FORDHAM LANDING 4 LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 26-22263 (SHL) |
| In re<br><br>MDBZJGGS LLC,<br><br>               Debtor. | Chapter 11<br><br>Case No. 26-22264 (SHL) |

**MOTION TO WITHDRAW BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
AS COUNSEL FOR FORDHAM LANDING NORTH HOLDINGS LLC**

Benesch, Friedlander, Coplan & Aronoff LLP ("Counsel"), counsel of record for Fordham

Landing North Holdings LLC ("Fordham Lender"), hereby moves this Court (the "Motion"),

pursuant to Local Rule 2090-1(e) of the Local Rules for the United States Bankruptcy Court for

the Southern District of New York (the "Local Rules") for an Order substantially in the form of

**Exhibit A** (the "Withdrawal Order") permitting Counsel to withdraw as counsel of record for Fordham Lender.  In support of this Motion, Counsel respectfully states as follows:

## GROUNDS FOR WITHDRAWAL

1.     On March 16, 2026, the debtors in the above-captioned cases (collectively, the "Debtors") filed petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), commencing these chapter 11 cases (collectively, the "Chapter 11 Cases").

2.     On March 18, 2026, Counsel filed notices of appearance (collectively, the "Notices of Appearance") on behalf of Fordham Lender in the Chapter 11 Cases in anticipation of its formal engagement to represent Fordham Lender in same.

3.     Ultimately, Fordham Lender and Counsel determined not to proceed with the engagement for the Chapter 11 Cases.

4.     Apart from the Notices of Appearance, no work has been performed, and no additional papers have been filed, by Counsel on behalf of Fordham Lender in these Chapter 11 Cases or relating thereto.

5.     Fordham Lender has informed Counsel that it desires to retain other counsel to represent it in these Chapter 11 Cases and has requested that Counsel file this Motion to effect its withdrawal as Fordham Lender's attorney of record.

6.     It is Counsel's understanding that any subsequent counsel for Fordham Lender will file its notice(s) of appearance in these Chapter 11 Cases after the entry of the Withdrawal Order.

## CLIENT NOTIFICATION

7.     Fordham Lender's current contact information is as follows:

2

Fordham Landing North Holdings LLC
c/o Lester Shaw & Levy LLP
45 Main Street, Suite 322
Brooklyn, NY 11201
Attn: Dean Boyer
Email: dboyer@lestershawlevy.com

## NO PREJUDICE TO PARTIES

8. No parties will be prejudiced, and the proceedings will not be delayed, by entry of the Withdrawal Order. The petitions in the Chapter 11 Cases were filed approximately two weeks ago, on March 16, 2026, no substantive motions or other requests for relief have been filed by the Debtors or any other party in interest in the Chapter 11 Cases thus far, and there are no imminent or individualized deadlines at this time that would prejudice Fordham Lender's ability to retain, or prevent it from retaining, substitute counsel or electing to proceed *pro se*.

## RELIEF REQUESTED

WHEREFORE, Counsel respectfully requests that this Court enter an Order: (a) granting this Motion and permitting Benesch, Friedlander, Coplan & Aronoff LLP to withdraw as counsel for Fordham Landing North Holdings LLC; (b) directing that that Benesch, Friedlander, Coplan & Aronoff LLP shall no longer receive electronic notices from the Court's CM/ECF system in these Chapter 11 Cases on behalf of Fordham Landing North Holdings LLC; (c) directing that all future pleadings and correspondence be served on Fordham Landing North Holdings LLC at the mailing address and email address set forth herein until subsequent counsel for Fordham Landing North Holdings LLC enters its appearance; and (d) granting such other and further relief as the Court deems just and proper.

3

Dated: April 3, 2026

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

By: _/s/ Abbey Walsh_
Michael J. Barrie (NY 5057450)
Abbey Walsh (NY 3068921)
Leah Lopez (NY 5876065)
1155 Avenue of the Americas, Floor 26
New York, NY 10036
Telephone: (646) 777-0054
Email: mbarrie@beneschlaw.com
abbey.walsh@beneschlaw.com
llopez@beneschlaw.com

*Attorneys for Fordham Landing North Holdings LLC*