BENESCH, FRIEDLANDER, COPLAN & ARONOFF, LLP
Michael J. Barrie
Abbey Walsh
Leah Lopez
1155 Avenue of the Americas, Floor 26
New York, New York 10036
Telephone:  (646) 593-7050
Facsimile:  (646) 755-3397

*Counsel to Fordham North Preferred Investor LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>FORDHAM  LANDING  PREFERRED SPONSOR LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 26-22259 (SHL) |
| In re:<br><br>FORDHAM  LANDING  PREFERRED LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 26-22261 (SHL) |
| In re:<br><br>DS FORDHAM LANDING 2 LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 26-22262 (SHL) |
| In re:<br><br>DS FORDHAM LANDING 4 LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 26-22263 (SHL) |
| In re:<br><br>MDBZJGGS LLC,<br><br>       Debtor. | Chapter 11<br><br>Case No. 26-22264 (SHL) |

**OMNIBUS LIMITED OBJECTION TO MOTIONS FOR JOINT ADMINISTRATION**

Fordham North Preferred Investor LLC ("Preferred Investor"), by and through its undersigned counsel, Benesch, Friedlander, Coplan & Aronoff LLP, hereby files this limited objection (the "Limited Objection") to the *Application for Order Directing Joint Administration Pursuant to Bankruptcy Rule 1015(b)* (the "Motions") filed by the each of the above captioned debtors.  In support of this Limited Objection, Preferred Investor respectfully states as follows:

## BACKGROUND

1.      On March 16, 2026 (the "Petition Date"), debtor Fordham Landing Preferred Sponsor LLC ("Fordham Sponsor") filed a petition for relief under chapter 11 for itself and caused chapter 11 petitions for relief to be filed for Fordham Landing Preferred LLC ("FLP"), DS Fordham Landing 2 LLC ("DS Fordham 2"), DS Fordham Landing 4 LLC ("DS Fordham 4"), and MDBZJGGS LLC ("MDB", and together with DS Fordham 2, and DS Fordham 4, the "Subsidiary Debtors").

2.      On April 8, 2026, three weeks later, counsel for Fordham Sponsor, purporting to also be counsel for FLP and the Subsidiary Debtors, filed the Motions for joint administration.  While normally such a motion is merely ministerial, that is not the case here.

3.      First, in order to make the case for joint administration of Fordham Sponsor's case with FLP and the Subsidiary Debtors, in the Motions, the movants disingenuously assert that Fordham Sponsor and FLP "together own" 100% of the membership interests in DS Fordham 2, DS Fordham 4 and MDB.  Motions, ¶ 1.  This statement is correct with respect to FLP, because the Subsidiary Debtors are its wholly-owned subsidiaries.  However, this statement is false with respect to Fordham Sponsor because FLP has both common and preferred equity issued and outstanding.  Fordham Sponsor owns the common equity and Preferred Investor owns the preferred equity.  As such, Fordham Sponsor cannot and does not own 100% of the membership

2

of the Subsidiary Debtors.  The Movants clearly understand this because the Motions do not assert that Fordham Sponsor owns 100% of the equity of FLP, and therefore, it cannot own 100% of the equity of the other Debtors.

4.      The Motions also fail to mention that Fordham Sponsor, which was the Managing Member of FLP under its Limited Liability Company Agreement, was removed from that position by Preferred Investor on February 16, 2026, thereby depriving Fordham Sponsor of any authority to direct or control the actions of FLP and the Subsidiary Debtors, including the ability to cause FLP and the Subsidiary Debtors to file for bankruptcy in the first place and the ability to seek joint administration of the chapter 11 cases.

5.      Due to Fordham Sponsor's refusal to acknowledge its removal as Managing Member despite the clear and unambiguous provisions of the LLCA that allowed it to be so removed, on April 9, 2026, Preferred Investor commenced an adversary proceeding in the FLP chapter 11 case, assigned case number 26-7058 (the "Adversary Proceeding"), seeking a declaration that it is the Managing Member of FLP, and, by extension, the Subsidiary Debtors. Resolution of this adversary proceeding is pivotal to determining who has the authority to speak for FLP and the Subsidiary Debtors.

## LIMITED OBJECTION

6.      Based on the foregoing, Preferred Investor objects to the Motions on the ground that it was filed without due authorization with respect to FLP and the Subsidiary Debtors. Notably, no retention application for the counsel that filed the Motions has been filed and there is no basis on which the Court could conclude that the Motions filed in the Debtors' cases were duly authorized.

3

7.     Furthermore, Preferred Investor objects to the Motions to the extent that they seek to jointly administer Preferred Sponsor's chapter 11 case with FLP and the Subsidiary Debtors' chapter 11 cases.

8.     Notwithstanding the fact that the Motions were filed without due authorization, for administrative convenience, Preferred Investor would not oppose the joint administration of the FLP and Subsidiary Debtors chapter 11 cases.

WHEREFORE, Preferred Investor respectfully requests that the Court (i) either (a) deny the Motions in their entirety with respect to all of the debtors or (b) grant the Motions solely with respect to FLP and the Subsidiary Debtors and deny the Motion as filed by Fordham Sponsor and (ii) granting such other and further relief that is just and proper under the circumstances.

Dated: April 10, 2026

**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**

By:  _/s/ Abbey Walsh_
      Michael J. Barrie (NY 5057450)
      Abbey Walsh (NY 3068921)
      Leah Lopez (NY 5876065)
      1155 Avenue of the Americas, Floor 26
      New York, NY 10036
      Telephone: (646) 777-0054
      Email:  mbarrie@beneschlaw.com
              abbey.walsh@beneschlaw.com
              llopez@beneschlaw.com

      _Attorneys for Fordham North Preferred
      Investor LLC_

4

**CERTIFICATE OF SERVICE**

I, Abbey Walsh, hereby certify that on April 10, 2026, I caused the *Omnibus Limited Objection to Motions for Joint Administration* to be filed via the Court's CM/ECF and served on the parties listed below in the manner indicated.

 */s/ Abbey Walsh*
Abbey Walsh (NY 3068921)


**VIA CM/ECF**

J. Ted Donovan
Goldberg Weprin Finkel Goldstein LLP
125 Park Avenue Ste 12th Floor
New York, NY 10017-5690

Steven B Smith
Janice Goldberg
Avery Mehlman
Namdar Fordham Landing LLC
c/o Herrick, Feinstein LLP
Two Park Avenue
New York, NY 10016-5675

**VIA CM/ECF &
FIRST-CLASS U.S. MAIL**

United States Trustee
Office of the United States Trustee - NY
Alexander Hamilton Custom House
One Bowling Green, Room 534
New York, NY 10004-1459

28518642 v1